FILED
CLERK, U.S. DISTRICT COURT
3/25/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 2:24-cr-00198-SB |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [26 U.S.C. § 7201: Attempt to Evade and Defeat Tax] |
| HAIM JERRY KOHEN, | |
| Defendant. | |

The United States Attorney charges:

[26 U.S.C. § 7201]

A.  INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1. Defendant HAIM JERRY KOHEN was a resident of Beverly Hills, California.

2. Defendant KOHEN owned and operated Business 1 in Los Angeles, California. Business 1 bought bulk quantities of used clothing from charities and re-sold the used clothing to sorting companies in Los Angeles and to international buyers.

3. Defendant KOHEN purchased a property located in Beverly Hills, California (the "Beverly Hills Property"), in May 2011 and collected rental payments for that property in 2017.

B.     TAX EVASION

4.     Beginning on or about January 1, 2017, and continuing through at least October 12, 2018, within the Central District of California, and elsewhere, defendant KOHEN willfully attempted to evade and defeat income taxes due and owing by him to the United States of America for calendar year 2017, by preparing and causing to be prepared, and by signing and causing to be signed, a false and fraudulent U.S. Individual Income Tax Return, Form 1040, which was submitted to the Internal Revenue Service. On said Form 1040, defendant KOHEN willfully concealed his income from the Internal Revenue Service by:

   a.     Taking rental payments for the Beverly Hills Property and failing to report those payments on his individual income tax return; and

   b.     Diverting Business 1's corporate assets for his personal benefit and failing to report those payments on his individual income tax return.

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Criminal Appeals Section

MARK F. DALY
Senior Litigation Counsel
SARA E. HENDERSON
JOHN C. GERARDI
Trial Attorneys
Tax Division
U.S. Department of Justice